UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
HILDA SOLIS, etc.,

                Plaintiff,

      -against-                                 07 Civ. 0758 (LAK)

SABE RESTAURANT 401(K) PLAN,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's motion to replace the Court appointed independent fiduciary, Mr. Whitehouse, with Ms. Jacqueline Carmichael is granted on the condition that Ms. Carmichael is engaged at an hourly rate of $150, up to a maximum fee of $2,200 including out-of-pocket expenses. The fee shall be allocated to all participants' accounts in proportion to their respective interests.

      SO ORDERED.

Dated:     May 18, 2009

                                                      Lewis A. Kaplan
                                               United States District Judge