UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELAINE L. CHAO, etc.,

                              Plaintiff,

                   -against-                              07 Civ. 0758 (LAK)

SABE RESTAURANT 401(K) PLAN,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        This case is closed for the reasons set forth in the report and recommendation of Magistrate Judge Frank Maas to which no objection has been filed.

        SO ORDERED.

Dated:        May 10, 2011

                                   _____
                                   Lewis A. Kaplan
                                   United States District Judge